IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| Gemini IP, LLC | § | |
| | § | Civil Action No. 4:07cv-521-RAS |
| Plaintiff | § | |
| | § | |
| v. | § | Jury Trial Demanded |
| | § | |
| LANDesk Software, Inc., et al | § | |
| | § | |
| | § | |
| Defendants. | § | |

**NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL FOR DEFENDANT ELSINORE TECHNOLOGIES INC.**

Defendant Elsinore Technologies Inc. files this Notice of Appearance of Additional Counsel and hereby notifies the Court that Allen F. Gardner of the law firm Potter Minton, A Professional Corporation, 110 North College Ave., Suite 500, Tyler, Texas 75702 is appearing as additional counsel for Defendant Elsinore Technologies Inc. in the above-referenced matter. All pleadings, discovery, correspondence and other material should be served upon counsel at the address referenced above.

Dated: November 17, 2010

Respectfully submitted,

**POTTER MINTON**
A Professional Corporation
110 N. College Ave., Suite 500
Tyler, Texas  75702
(903) 597 8311
(903) 593 0846 (Facsimile)

By: */s/ Allen F. Gardner*
    Allen F. Gardner
    State Bar No. 24043679
    allengardner@potterminton.com

**ATTORNEYS FOR DEFENDANT
ELSINORE TECHNOLOGIES INC**

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who have consented to electronic service and are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on November 17, 2010. Any other counsel of record will be served by First Class U.S. mail on this same date.

>                             */s/ Allen F. Gardner*
>                             Allen F. Gardner