IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| Gemini IP, LLC. | § | |
| | § | |
| v. | § | Civil Action No. 4:07-cv-00521-RAS |
| | § | |
| LANDesk Software, Inc., et al | § | |

**ELSINORE TECHNOLOGIES, INC.'S UNOPPOSED MOTION FOR AN EXTENSION TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

Defendant Elsinore Technologies, Inc. ("Elsinore"), without waiving any defenses or any matters that might be presented pursuant to FEDERAL RULE OF CIVIL PROCEDURE 12(b) or any other rule or law, file this unopposed motion for an extension of time in which to answer, move, or otherwise respond to Plaintiff Gemini IP, LLC's Complaint and would respectfully show the Court as follows:

Elsinore has requested and Plaintiff has agreed to an additional 20 day extension of Elsinore's time to respond in any manner whatsoever including answer, motion or other pleading of any type to Plaintiff's Complaint. Specifically, Elsinore requests, and Plaintiff does not oppose, an extension of time up to and including January 18, 2011.

A proposed Order granting this unopposed motion is attached for the Court's convenience.

Dated: January 6, 2011                       Respectfully submitted,

By: ___/s/ Allen F. Gardner___
Michael E. Jones
State Bar No. 10929400
mikejones@potterminton.com
Allen F. Gardner
State Bar No. 24043679
allengardner@potterminton.com

{A07\8652\0001\W0455486.1 }

**POTTER MINTON**
A Professional Corporation
110 N. College, Suite 500
Tyler, Texas  75702
Tel: (903) 597 8311
Fax: (903) 593 0846

ATTORNEYS FOR DEFENDANT
ELSINORE TECHNOLOGIES, INC.

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who have consented to electronic service and are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on January 6, 2011.  Any other counsel of record will be served by first class mail on this same date.

*/s/ Allen F. Gardner*