IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| Gemini IP, LLC. | § | |
| | § | |
| v. | § | Civil Action No. 4:07-cv-00521-RAS |
| | § | |
| LANDesk Software, Inc., et al | § | |

**ELSINORE TECHNOLOGIES, INC.'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

Defendant Elsinore Technologies, Inc. ("Elsinore"), without waiving any defenses or any matters that might be presented pursuant to FEDERAL RULE OF CIVIL PROCEDURE 12(b) or any other rule or law, file this unopposed motion for an extension of time in which to answer, move, or otherwise respond to Plaintiff Gemini IP, LLC's Complaint and would respectfully show the Court as follows:

Elsinore has requested and Plaintiff has agreed to an additional 7 day extension of Elsinore's time to respond in any manner whatsoever including answer, motion or other pleading of any type to Plaintiff's Complaint.  Specifically, Elsinore requests, and Plaintiff does not oppose, an extension of time up to and including January 25, 2011.

A proposed Order granting this unopposed motion is attached for the Court's convenience.

Dated: January 18, 2011                              Respectfully  submitted,

                                                     */s/ Allen F. Gardner*
                                                     Michael E. Jones
                                                     State Bar No. 10929400
                                                     mikejones@potterminton.com
                                                     Allen F. Gardner
                                                     State Bar No. 24043679
                                                     allengardner@potterminton.com
                                                     **POTTER MINTON**
                                                     A Professional Corporation
                                                     110 N. College, Suite 500
                                                     Tyler, Texas  75702
                                                     Tel: (903) 597 8311
                                                     Fax: (903) 593 0846

                                                     **ATTORNEYS FOR DEFENDANT
                                                     ELSINORE TECHNOLOGIES, INC.**


## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who have consented to electronic service and are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on January 18, 2011.  Any other counsel of record will be served by first class mail on this same date.

                                                     */s/ Allen F. Gardner*
                                                     Allen F. Gardner