IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| Gemini IP, LLC. | § | |
| | § | |
| v. | § | Civil Action No. 4:07-cv-00521-RAS |
| | § | |
| LANDesk Software, Inc., et al | § | |

**ORDER GRANTING ELSINORE TECHNOLOGIES, INC.'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE <u>RESPOND TO PLAINTIFF'S COMPLAINT</u>**

Defendant Elsinore Technologies, Inc., without waiving any defenses or any matters that might be presented pursuant to FEDERAL RULE OF CIVIL PROCEDURE 12(b) or any other rule or law, filed their unopposed motion to extend their time to answer, move or otherwise respond to Plaintiff's Complaint until and through January 25, 2011.  Such motion is GRANTED.

It is therefore ORDERED that Defendant Elsinore Technologies, Inc. has until and through January 25, 2011 to answer, move, or otherwise respond to Plaintiff's Complaint.