UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| GEMINI IP, LLC,<br><br>      Plaintiff,<br><br>    v.<br><br>LANDESK SOFTWARE, INC., et al.,<br><br>      Defendants. | Case No. 4:07-cv-00521-RAS<br><br>**DEMAND FOR JURY TRIAL** |

**STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE**
**OF DEFENDANT ELSINORE TECHNOLOGIES, INC.**

Plaintiff Gemini IP, LLC, and defendant Elsinore Technologies, Inc., pursuant to Fed. R. Civ. P. 41(a)(2) and (c), hereby move for an order dismissing all claims and counterclaims in this action WITH PREJUDICE, subject to the terms of a "**PATENT LICENSE AND SETTLEMENT AGREEMENT**" dated January 25, 2011, with each party to bear its own costs, expenses and attorney fees.

Dated: February 4, 2011

Respectfully submitted,

By: /s/ James C. Otteson
    James C. Otteson
    CA Bar No. 157781
    (Admitted E.D. Texas)
    jim@agilityiplaw.com
    Theresa E. Norton
    CA Bar No. 193530
    (Admitted E.D. Texas)
    tess@agilityiplaw.com
    Xiang Long

2

CA Bar No. 246629  
longxiang@agilityiplaw.com  
Agility IP Law  
1900 University Circle, Suite 201  
East Palo Alto, CA 94303  
Bus:  650-227-4800  
Fax:  650-318-3483  

Co-Counsel:  
William E. Davis, III  
TX State Bar No. 24047416  
The Davis Firm PC  
111 W. Tyler St.  
Longview, TX 75601  
Bus:  (903) 230-9090  
Fax:  (903) 230-9661  
bdavis@bdavisfirm.com  

Attorneys for Plaintiff  
GEMINI IP, LLC

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this document was served on all counsel who have consented to electronic service.  Local Rule CV-5(a)(3)(A).  Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by U.S. Mail or facsimile transmission on February 4, 2011.

/s/ James C. Otteson
James C. Otteson