**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | |
|---|---|
| GEMINI IP, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>LANDESK SOFTWARE, INC., et al.,<br><br>    Defendants. | Case No. 4:07-cv-00521-RAS<br><br>**DEMAND FOR JURY TRIAL** |

## ORDER

In consideration of the Stipulated Motion for Dismissal of all claims and counterclaims asserted between plaintiff Gemini IP, LLC, and defendant Elsinore Technologies, Inc. in this case, the Stipulated Motion for Dismissal [de #283] is GRANTED, and it is hereby ORDERED, ADJUDGED AND DECREED that all claims and counterclaims asserted in this suit between plaintiff Gemini IP, LLC, and defendant Elsinore Technologies, Inc., are hereby dismissed with prejudice, subject to the terms of a "**PATENT LICENSE AND SETTLEMENT AGREEMENT**" dated January 25, 2011.

It is ORDERED that this Court retains jurisdiction over this matter.

It is further ORDERED that all attorneys' fees and costs are to be borne by the party that incurred them.

SO ORDERED.

**SIGNED this the 25th day of March, 2011.**

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE